# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEAN JOSEPH GUILLORY** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-4135** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION: "T" (4)** |

## ORDER

The Court, having considered Plaintiff Jean Joseph Guillory's petition, R. Doc. 1, the record of this case, the applicable law, the Magistrate Judge's Report and Recommendations, R. Doc. 19, and Plaintiff's objections thereto, R. Doc. 20, finds no error in the Report and Recommendations and thus hereby approves it and adopts it as the Court's opinion. Accordingly;

**IT IS ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED** and that this matter and all claims raised herein are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 21st day of February, 2024.

Greg Gerard Guidry
United States District Judge

1